MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com
trichards@blgwins.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT GRANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST SERVICE RESIDENTIAL, NEVADA, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:16-cv-01292-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff DWIGHT GRANT ("Plaintiff") and Defendant FIRST SERVICE RESIDENTIAL, NEVADA, LLC ("Defendant") hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1    Each party shall bear its own costs and attorney's fees.

2    DATED the 17th day of October 2016             DATED the 17th day of October 2016

**THE BOURASSA LAW GROUP**                         **LITTLE MENDELSON, P.C.**

*/s/ Mark J. Bourassa, Esq.*                       */s/ Bruce C. Young, Esq.*
MARK J. BOURASSA, ESQ.                             BRUCE C. YOUNG, ESQ.
Nevada Bar No. 7999                                Nevada Bar No. 5560
TRENT L. RICHARDS, ESQ.                            KATY BRANSON, ESQ.
Nevada Bar No. 11448                               Nevada Bar No. 11540
8668 Spring Mountain Road, Suite 101               3960 Howard Hughes Pkwy, Ste 300
Las Vegas NV 89117                                 Las Vegas NV 89169
Telephone: 702-851-2180                            Telephone: 702-862-8800
Facsimile: 702-851-2189                            Facsimile: 702-862-8811
*Attorneys for Plaintiff*                          *Attorneys for Defendant*

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated:  October 18, 2016.

_____
UNITED STATES DISTRICT JUDGE